## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Kali Bass,<br><br>        Defendant. | )  Case No. 1:15-cr-00094-SAB<br>)<br>)  **DEFENDANT'S STATUS REPORT ON**<br>)  **UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

FILED
NOV -1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 USC 641

**Sentence Date:** August 20, 2015

**Review Hearing Date:** November 1, 2018

**Probation Expires On:** Unknown

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $40,868.44    which Total Amount is made up of a
Fine: $ 3750.00 Special Assessment: $ 25.00    Processing Fee:0 $ Choose an item. Restitution: $37093.44

☒ Payment schedule of $ 600.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 200

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 26,575.00 as of 10/1/18
    ☒ If not paid in full when was last time payment:    Date: 10/1/2018
                                                                                Amount: $600

☒ To date, Defendant has performed 200 hours of community service.

☒ Compliance with Other Conditions of Probation: Home detention, supervised probation

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/1/2018 at 10:00am    Choose an item.

　　☒ be continued to 7/1/2019 at 10:00 a.m.; or

　　☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 10/2/2018　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

　　　　　　　　　　　　　　　　　　**STANLEY A. BOONE**
　　　　　　　　　　　　　　　　　　United States Magistrate Judge