# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:15-cr-00094-SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| Kali Bass, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 USC 641

**Sentence Date:** August 20, 2015

**Review Hearing Date:** November 7, 2019

**Probation Expires On:** Unknown

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $40,868.44    which Total Amount is made up of a
Fine: $ 3750.00 Special Assessment: $ 25.00    Processing Fee:0 $ Choose an item. Restitution: $37093.44

☒ Payment schedule of $ 600.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 200

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise**: Do to financial difficulties Defendant has been able to make only 5 payments of $600 each since the last review

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 29,300.00 as of 10/1/19 (Estimated)
☒ If not paid in full when was last time payment:    Date: 3/1/2019
    Amount: $600

☒ To date, Defendant has performed 200 hours of community service.

☒ Compliance with Other Conditions of Probation: Home detention, supervised probation

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/7/2019 at 10:00am   Choose an item.

    ☒ be continued to 5/7/2020 at 10:00 a.m.; or

    ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 10/31/2019　　　　　　　　　　　　　　JAMES MAKASIAN
　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒　GRANTED. The Court orders that the Review Hearing set for November 7, 2019 at 10:00 a.m. be continued to May 7, 2020 at 10:00 a.m.

☐　DENIED.

IT IS SO ORDERED.

Dated: **November 6, 2019**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE